UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 06-60866-CIV-COHN/WHITE

JACKSON FRITZ APPOLON,

    Petitioner,

vs.

JAMES McDONOUGH,

    Defendant.
_____/

## ORDER ADOPTING REPORT OF UNITED STATES MAGISTRATE JUDGE

**THIS CAUSE** is before the Court on the Report and Recommendation regarding Petitioner Jackson Fritz Appolon's § 2254 Petition, submitted by United States Magistrate Judge Patrick A. White on November 16, 2006 [DE 12]. Pursuant to 28 U.S.C. § 636(b)(1), the Court has conducted a *de novo* review of the record herein, including the Motion, the Report and Recommendation, and Petitioner's Objections, and is otherwise fully advised in the premises.

    Petitioner advises in his Objections that he originally filed a Writ of Habeas Corpus on September 23, 2004, but learned upon inquiry on May 19, 2005 that it had not been received by the Court. He proffers that this is the sole reason for his failure to meet the statute of limitation requirements. However, as the Magistrate Judge explained, approximately ten (10) months of untolled time elapsed between Petitioner's convictions becaming final on November 28, 2001 and his submission of a motion for postconviction relief pursuant to Fla. R. Cr. P. 3.850 on September 5, 2002. Relief was denied by the trial court, and that result was affirmed without written opinion, with the

mandate issuing on January 6, 2004.  Then approximately eight (8) more months of untolled time elapsed before Petitioner alleges he mailed his first Petition that was not received and filed.  Thus, even if that first Petition had been received and filed by the Court, it would have been untimely, because more than twelve (12) months of untolled time had passed between the time his convictions became final and his attempt to file that Petition.  Accordingly, the Court finds no justification for the consideration of this petition for writ of habeas corpus, even taking into account the information Petitioner presents in his Objections regarding his first failed attempt to file a Petition.  It is hereby

**ORDERED AND ADJUDGED** as follows:

1. The Report of Magistrate Judge Patrick A. White [DE 12] is hereby **ADOPTED**.

2. Petitioner Jackson Fritz Appolon's Petition [DE 1] is **DISMISSED** as time barred.

3. The Clerk of Court is hereby directed to **CLOSE** this case.  All pending motions are **DENIED** as moot.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this 8th day of January, 2007.

JAMES I. COHN
United States District Judge

Copies provided to:

Jackson Fritz Appolon, *pro se*
DC #193109
Gulf Correctional Institution
500 Ike Steele Rd.
Wewahitchka, FL  32465-0010

Monique L'Italien, AAG
Office of the Attorney General
Department of Legal Affairs
1515 North Flagler Drive, #900
West Palm Beach, FL  33401